Catherine J. Bannin, Respondent, *v.* Charles Peck, Appellant.

Submitted October 8, 1943; decided November 24, 1943.

*Frederick E. Zane* for appellant.

*Thomas J. Bannin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.